UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANHATTAN TELECOMMUNICATIONS
CORPORATION, d/b/a Metropolitan
Telecommunications, a/k/a Mel Tel,

                    Plaintiff,

        -v-

CELLCO PARTNERSHIP, d/b/a, Verizon
Wireless, *et al.*,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

No. 09 Civ. 2409 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On March 16, 2009, Defendants removed this action from the New York State Supreme Court, New York County, to the Southern District of New York. (Doc. No. 1.) On March 23, 2009, Defendants emailed a pre-motion letter to the Court. However, on the same day, Defendants also filed a motion to dismiss, in violation of Rule 2.A of my Individual Practices. (Doc. No. 3.) Specifically, no pre-motion conference was held, and Defendants were not granted permission to file the motion. Accordingly, Defendants' motion to dismiss is denied. All future submissions and filings in this action — including Plaintiff's response to Defendants' pre-motion letter — shall comply with my Individual Practices.

The Clerk of the Court is respectfully directed to terminate the motion docketed as document number 3.

SO ORDERED.

Dated:    March 25, 2009
          New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE