UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09
```

MANHATTAN TELECOMMUNICATIONS
CORPORATION, d/b/a Metropolitan
Telecommunications, a/k/a Mel Tel,

    Plaintiff,

-v-

CELLCO PARTNERSHIP, d/b/a, Verizon
Wireless, *et al.*,

    Defendants.

No. 09 Civ. 2409 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court conducted a pre-motion conference in this matter on April 24, 2009. For the reasons stated on the record, the Court hereby adopts the following schedule:

    By May 8, 2009, Plaintiff shall file and serve an amended complaint.

    By May 22, 2009, the parties shall submit a joint status letter describing the status of their settlement discussions, indicating whether Defendants wish to file the contemplated motion discussed at the pre-motion conference, and, if so, setting forth a proposed briefing schedule for the motion.

SO ORDERED.

Dated:     April 24, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE